United States Bankruptcy Court
Northern District of Alabama

In re:                                                              Case No. 10-42967-JJR
Steven Lamar Whaley                                                 Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2013.
db          +Steven Lamar Whaley,   17219 Al Hwy 176,   Fort Payne, AL 35967-5958
cr          +Alabama Department of Human Resources,   c/o Rhonda F. Wilson,   PO Box 13248,
             Birmingham, Al 35202-3248
cr          +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
cr          +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
codb        +Jennifer G Whaley,   970 County Road 46,   Gaylesville, AL 35973-3111
cr          +PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
cr          +eCAST Settlement Corporation,   c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,
             Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/Text: rlhjmr@bellsouth.net May 25 2013 04:45:33
             First State Bank of Dekalb County, a corporation,   c/o Alyssa W. Ross,   PO Box 940,
             Guntersville, AL 35976-0940
cr           E-mail/Text: bankruptcy.bnc@gt-cs.com May 25 2013 05:08:52     Green Tree Servicing LLC.,
             Po Box 6154,   Rapid City, SD 57709-6154
cr           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 25 2013 07:25:15
             Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
             Houston, TX 77210-4457
6716827      E-mail/Text: dhrcscbu@dhr.alabama.gov May 25 2013 05:05:38
             Alabama Child Support Payment Center,   PO Box 244015,   Montgomery, AL 36124-4015
                                                                                          TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 26, 2013**                         **Signature:**     *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2013 at the address(es) listed below:
          Alyssa W Ross    on behalf of Creditor   First State Bank of Dekalb County, a corporation
           rlhjmr@bellsouth.net,  awrjmr@bellsouth.net
          Cynthia R Slate-Cook    on behalf of Creditor   Alabama Department of Human Resources
           Cindyslatecook@aol.com
          Linda Baker Gore    ch13books@bellsouth.net,  noticetrustee@ch13gadsden.com
          Paul Joseph Spina, III    on behalf of Creditor   Green Tree Servicing LLC. pspina@ysllaw.com
          Sherry Weldon Dobbins    on behalf of Debtor Steven Lamar Whaley dobbinlw@bellsouth.net
                                                                                  TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

In Re:  Steven Whaley                              §                    Case No.  10-42967
                                                            §
             Debtor(s)

**ORDER ON OBJECTION TO CLAIM**

This case came before the Court for consideration of the following Trustee's Objection to Claim:

RE: Doc No. 74 Objection to Claim 6 of creditor Alabama Child Support in the amount of
$ 2453.73.  Filed by Trustee Linda B. Gore.

Notice and opportunity to request a hearing on the Objection were given and no request for hearing was filed or otherwise made.  The Court considered the Objection, and it appears that the Objection is due to be sustained.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the Trustee's Objection is hereby **SUSTAINED**, and:

✖   The claim is ALLOWED in the amount previously paid by the trustee and the **balance** of the claim
       is DISALLOWED.

❏ The claim is DISALLOWED as having been filed after the claims bar date.

☐   The claim IS ALLOWED as a general unsecured claim, not entitled to secured or priority status.

☐   The claim is DISALLOWED as a post petition claim incurred without prior approval of the
       Trustee or Court.

So Ordered: May 24, 2013

                                                                      /s/ James J. Robinson
                                                                      JAMES J. ROBINSON
                                                                      U.S. Bankruptcy Judge